**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

MIDDLE DISTRICT OF TENNESSEE

Case number *(if known)* _____

Chapter you are filing under:

☐ Chapter 7

■ Chapter 11

☐ Chapter 12

☐ Chapter 13

☐ Check if this is an amended filing

Official Form 101

# Voluntary Petition for Individuals Filing for Bankruptcy

12/17

The bankruptcy forms use you and Debtor 1 to refer to a debtor filing alone. A married couple may file a bankruptcy case together—called a *joint case*—and in joint cases, these forms use you to ask for information from both debtors. For example, if a form asks, "Do you own a car," the answer would be yes if either debtor owns a car. When information is needed about the spouses separately, the form uses *Debtor 1* and *Debtor 2* to distinguish between them. In joint cases, one of the spouses must report information as *Debtor 1* and the other as *Debtor 2*. The same person must be *Debtor 1* in all of the forms.

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

| Part 1: | Identify Yourself |
| --- | --- |

|  | | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
| --- | --- | --- | --- |
| 1. | **Your full name** | | |
|  | Write the name that is on your government-issued picture identification (for example, your driver's license or passport). | **JOSEPH**<br>First name<br><br>**LOUIS**<br>Middle name<br><br>**MELZ**<br>Last name and Suffix (Sr., Jr., II, III) | First name<br><br><br>Middle name<br><br><br>Last name and Suffix (Sr., Jr., II, III) |
|  | Bring your picture identification to your meeting with the trustee. | | |
| 2. | **All other names you have used in the last 8 years**<br>Include your married or maiden names. | JOSEPH L MELZ | |
| 3. | **Only the last 4 digits of your Social Security number or federal Individual Taxpayer Identification number (ITIN)** | xxx-xx-3458 | |

Debtor 1  **JOSEPH LOUIS MELZ**                                    Case number *(if known)*

|  | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
|---|---|---|
| **4.** **Any business names and Employer Identification Numbers (EIN) you have used in the last 8 years**<br><br>Include trade names and *doing business as* names | ☐ I have not used any business name or EINs.<br><br>**DEER CREEK HOMES**<br>_____<br>Business name(s)<br><br>_____<br>EINs | ☐ I have not used any business name or EINs.<br><br>_____<br>Business name(s)<br><br>_____<br>EINs |
| **5.** **Where you live** | **1025 CARLISLE LANE**<br>**FRANKLIN, TN 37064**<br>Number, Street, City, State & ZIP Code<br><br>**Williamson**<br>County<br><br>**If your mailing address is different from the one above, fill it in here.** Note that the court will send any notices to you at this mailing address.<br><br>**PO BOX 681148**<br>**FRANKLIN, TN 37068-1148**<br>Number, P.O. Box, Street, City, State & ZIP Code | **If Debtor 2 lives at a different address:**<br><br>_____<br>Number, Street, City, State & ZIP Code<br><br>_____<br>County<br><br>**If Debtor 2's mailing address is different from yours, fill it in here.** Note that the court will send any notices to this mailing address.<br><br>_____<br>Number, P.O. Box, Street, City, State & ZIP Code |
| **6.** **Why you are choosing** ***this district*** **to file for bankruptcy** | *Check one:*<br><br>☑ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.<br><br>☐ I have another reason.<br>Explain. (See 28 U.S.C. § 1408.)<br>_____ | *Check one:*<br><br>☐ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.<br><br>☐ I have another reason.<br>Explain. (See 28 U.S.C. § 1408.)<br>_____ |

Debtor 1    **JOSEPH LOUIS MELZ**                                          Case number *(if known)* _____

| Part 2: | **Tell the Court About Your Bankruptcy Case** |
|---|---|

**7. The chapter of the Bankruptcy Code you are choosing to file under**

*Check one.* (For a brief description of each, see *Notice Required by 11 U.S.C. § 342(b) for Individuals Filing for Bankruptcy (Form 2010)).* Also, go to the top of page 1 and check the appropriate box.

☐ Chapter 7

■ Chapter 11

☐ Chapter 12

☐ Chapter 13

**8. How you will pay the fee**

■ **I will pay the entire fee when I file my petition.** Please check with the clerk's office in your local court for more details about how you may pay. Typically, if you are paying the fee yourself, you may pay with cash, cashier's check, or money order. If your attorney is submitting your payment on your behalf, your attorney may pay with a credit card or check with a pre-printed address.

☐ **I need to pay the fee in installments.** If you choose this option, sign and attach the *Application for Individuals to Pay The Filing Fee in Installments* (Official Form 103A).

☐ **I request that my fee be waived** (You may request this option only if you are filing for Chapter 7. By law, a judge may, but is not required to, waive your fee, and may do so only if your income is less than 150% of the official poverty line that applies to your family size and you are unable to pay the fee in installments). If you choose this option, you must fill out the *Application to Have the Chapter 7 Filing Fee Waived* (Official Form 103B) and file it with your petition.

**9. Have you filed for bankruptcy within the last 8 years?**

■ No.

☐ Yes.

| District | _____ | When | _____ | Case number | _____ |
|---|---|---|---|---|---|
| District | _____ | When | _____ | Case number | _____ |
| District | _____ | When | _____ | Case number | _____ |

**10. Are any bankruptcy cases pending or being filed by a spouse who is not filing this case with you, or by a business partner, or by an affiliate?**

■ No

☐ Yes.

| Debtor | _____ | | | Relationship to you | _____ |
|---|---|---|---|---|---|
| District | _____ | When | _____ | Case number, if known | _____ |
| Debtor | _____ | | | Relationship to you | _____ |
| District | _____ | When | _____ | Case number, if known | _____ |

**11. Do you rent your residence?**

■ No.    Go to line 12.

☐ Yes.    Has your landlord obtained an eviction judgment against you?

☐ No. Go to line 12.

☐ Yes. Fill out *Initial Statement About an Eviction Judgment Against You* (Form 101A) and file it as part of this bankruptcy petition.

Case 3:19-bk-04811    Doc 1    Filed 07/29/19    Entered 07/29/19 16:16:35    Desc Main
Document      Page 3 of 21

Debtor 1   **JOSEPH LOUIS MELZ** _____   Case number *(if known)* _____

---

| **Part 3:** | **Report About Any Businesses You Own as a Sole Proprietor** |
|---|---|

**12.** **Are you a sole proprietor of any full- or part-time business?**

A sole proprietorship is a business you operate as an individual, and is not a separate legal entity such as a corporation, partnership, or LLC.

If you have more than one sole proprietorship, use a separate sheet and attach it to this petition.

☑ No.   Go to Part 4.

☐ Yes.   Name and location of business

_____
Name of business, if any

_____

_____
Number, Street, City, State & ZIP Code

*Check the appropriate box to describe your business:*

☐   Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐   Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐   Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐   Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐   None of the above

---

**13.** **Are you filing under Chapter 11 of the Bankruptcy Code and are you a *small business debtor*?**

For a definition of *small business debtor*, see 11 U.S.C. § 101(51D).

*If you are filing under Chapter 11, the court must know whether you are a small business debtor so that it can set appropriate deadlines.* If you indicate that you are a small business debtor, you must attach your most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. 1116(1)(B).

☐ No.   I am not filing under Chapter 11.

☑ No.   I am filing under Chapter 11, but I am NOT a small business debtor according to the definition in the Bankruptcy Code.

☐ Yes.   I am filing under Chapter 11 and I am a small business debtor according to the definition in the Bankruptcy Code.

---

| **Part 4:** | **Report if You Own or Have Any Hazardous Property or Any Property That Needs Immediate Attention** |
|---|---|

**14.** **Do you own or have any property that poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety? Or do you own any property that needs immediate attention?**

*For example, do you own perishable goods, or livestock that must be fed, or a building that needs urgent repairs?*

☑ No.

☐ Yes.   What is the hazard?   _____

If immediate attention is needed, why is it needed?   _____

Where is the property?   _____
_____
Number, Street, City, State & Zip Code

---

Official Form 101   **Voluntary Petition for Individuals Filing for Bankruptcy**   page 4

Debtor 1    **JOSEPH LOUIS MELZ**

Case number *(if known)*

---

| **Part 5:** | Explain Your Efforts to Receive a Briefing About Credit Counseling |

|  | **About Debtor 1:** | **About Debtor 2 (Spouse Only in a Joint Case):** |
|---|---|---|

**15. Tell the court whether you have received a briefing about credit counseling.**

The law requires that you receive a briefing about credit counseling before you file for bankruptcy. You must truthfully check one of the following choices. If you cannot do so, you are not eligible to file.

If you file anyway, the court can dismiss your case, you will lose whatever filing fee you paid, and your creditors can begin collection activities again.

---

*You must check one:*

■ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**

Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**

Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy. If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ **I am not required to receive a briefing about credit counseling because of:**

☐ **Incapacity.**
I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

☐ **Disability.**
My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

☐ **Active duty.**
I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver credit counseling with the court.

---

*You must check one:*

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**

Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**

Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.

If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ **I am not required to receive a briefing about credit counseling because of:**

☐ **Incapacity.**
I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

☐ **Disability.**
My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

☐ **Active duty.**
I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver of credit counseling with the court.

---

Debtor 1    **JOSEPH LOUIS MELZ**                                   Case number *(if known)*

| Part 6: | Answer These Questions for Reporting Purposes |
|---|---|

**16. What kind of debts do you have?**

16a.    **Are your debts primarily consumer debts?** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

☑ No. Go to line 16b.

☐ Yes. Go to line 17.

16b.    **Are your debts primarily business debts?** *Business debts* are debts that you incurred to obtain money for a business or investment or through the operation of the business or investment.

☐ No. Go to line 16c.

☑ Yes. Go to line 17.

16c.    State the type of debts you owe that are not consumer debts or business debts

---

**17. Are you filing under Chapter 7?**

☑ No.    I am not filing under Chapter 7. Go to line 18.

**Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available for distribution to unsecured creditors?**

☐ Yes.    I am filing under Chapter 7. Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available to distribute to unsecured creditors?

☐ No

☐ Yes

---

**18. How many Creditors do you estimate that you owe?**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☑ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

---

**19. How much do you estimate your assets to be worth?**

| | | |
|---|---|---|
| ☑ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

**20. How much do you estimate your liabilities to be?**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☑ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

| Part 7: | Sign Below |
|---|---|

**For you**

I have examined this petition, and I declare under penalty of perjury that the information provided is true and correct.

If I have chosen to file under Chapter 7, I am aware that I may proceed, if eligible, under Chapter 7, 11,12, or 13 of title 11, United States Code. I understand the relief available under each chapter, and I choose to proceed under Chapter 7.

If no attorney represents me and I did not pay or agree to pay someone who is not an attorney to help me fill out this document, I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I understand making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**/s/ JOSEPH LOUIS MELZ**

**JOSEPH LOUIS MELZ**                                          Signature of Debtor 2
Signature of Debtor 1

Executed on    **July 29, 2019**                              Executed on _____
MM / DD / YYYY                                                MM / DD / YYYY

Debtor 1    **JOSEPH LOUIS MELZ**                                    Case number *(if known)* _____

---

**For your attorney, if you are represented by one**

**If you are not represented by an attorney, you do not need to file this page.**

I, the attorney for the debtor(s) named in this petition, declare that I have informed the debtor(s) about eligibility to proceed under Chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each chapter for which the person is eligible.  I also certify that I have delivered to the debtor(s) the notice required by 11 U.S.C. § 342(b) and, in a case in which § 707(b)(4)(D) applies, certify that I have no knowledge after an inquiry that the information in the schedules filed with the petition is incorrect.

**/s/ Larry Edmondson**                                    Date    **July 29, 2019**
Signature of Attorney for Debtor                                   MM / DD / YYYY

**Larry Edmondson**
Printed name

**T. Larry Edmondson - Attorney at Law**
Firm name

**800 Broadway**
**3rd floor**
**Nashville, TN 37203**
Number, Street, City, State & ZIP Code

Contact phone    **6152543765**                          Email address    **larryedmondson@live.com**

**5601 TN**
Bar number & State

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **JOSEPH LOUIS MELZ** |
| | First Name   Middle Name   Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name   Middle Name   Last Name |
| United States Bankruptcy Court for the: | MIDDLE DISTRICT OF TENNESSEE |
| Case number | |
| (if known) | |

☐ Check if this is an
amended filing

## B 104

## For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims Against You and Are Not Insiders                                    12/15

If you are an individual filing for bankruptcy under Chapter 11, you must fill out this form. If you are filing under Chapter 7, Chapter 12, or Chapter 13, do not fill out this form. Do not include claims by anyone who is an insider. Insiders include your relatives; any general partners; relatives of any general partners; partnerships of which you are a general partner; corporations of which you are an officer, director, person in control, or owner of 20 percent or more of their voting securities; and any managing agent, including one for a business you operate as a sole proprietor. 11 U.S.C. § 101. Also, do not include claims by secured creditors unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information.

**Part 1:**   List the 20 Unsecured Claims in Order from Largest to Smallest.  Do Not Include Claims by Insiders.

| | | Unsecured claim |
|---|---|---|

**1**

**American Express**
**PO BOX 650448**
**Dallas, TX 75265-0448**

What is the nature of the claim?                                   $ **$28,215.14**

As of the date you file, the claim is: Check all that apply
☐   Contingent
☐   Unliquidated
☐   Disputed
■   None of the above apply

_____

_____
Contact

_____
Contact phone

Does the creditor have a lien on your property?

■   No
☐   Yes. Total claim (secured and unsecured)      $ _____
            Value of security:                  - $ _____
            Unsecured claim                       $ _____

**2**

**ARMCO HVAC and Electrical**
**2431 Old Columbia Road**
**Lewisburg, TN 37091-6845**

What is the nature of the claim?                                   $ **$19,468.00**

As of the date you file, the claim is: Check all that apply
☐   Contingent
☐   Unliquidated
☐   Disputed
■   None of the above apply

_____

_____
Contact

_____
Contact phone

Does the creditor have a lien on your property?

■   No
☐   Yes. Total claim (secured and unsecured)      $ _____
            Value of security:                  - $ _____
            Unsecured claim                       $ _____

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

Debtor 1    **JOSEPH LOUIS MELZ**                Case number *(if known)* _____

---

| 3 | | | |
|---|---|---|---|

**Builders' Insulation**
PO BOX 7788
Madison, WI 53707

**What is the nature of the claim?** _____    $ **$40,971.00**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

**Does the creditor have a lien on your property?**

■ No
☐ Yes. Total claim (secured and unsecured)    $ _____
Value of security:    - $ _____
Unsecured claim    $ _____

Contact _____

Contact phone _____

---

| 4 | | | |
|---|---|---|---|

**Carter Lumber**
PO BOX 5085
Evansville, IN 47716

**What is the nature of the claim?** _____    $ **$49,614.19**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

**Does the creditor have a lien on your property?**

■ No
☐ Yes. Total claim (secured and unsecured)    $ _____
Value of security:    - $ _____
Unsecured claim    $ _____

Contact _____

Contact phone _____

---

| 5 | | | |
|---|---|---|---|

**Cenwood Appliance Distributors**
PO BOX 1819
Memphis, TN 38101

**What is the nature of the claim?** _____    $ **$43,614.19**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

**Does the creditor have a lien on your property?**

■ No
☐ Yes. Total claim (secured and unsecured)    $ _____
Value of security:    - $ _____
Unsecured claim    $ _____

Contact _____

Contact phone _____

---

| 6 | | | |
|---|---|---|---|

**Cincinnati Insurance Co.**
PO BOX 145620
Cincinnati, OH 45250-5620

**What is the nature of the claim?** _____    $ **$64,551.00**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

**Does the creditor have a lien on your property?**

---

B 104 (Official Form 104)    For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims    Page 2

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor 1    **JOSEPH LOUIS MELZ**                          Case number *(if known)* _____

|  |  |  |  |
|---|---|---|---|

☐ No

☐ Yes. Total claim (secured and unsecured)      $ _____

       Value of security:      - $ _____

       Unsecured claim      $ _____

Contact

Contact phone

---

**7**

**Comfort Supply, Inc.**
**305 Arlington Ave.**
**Franklin, TN 37064**

**What is the nature of the claim?** _____      $ **$20,793.78**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

**Does the creditor have a lien on your property?**

■ No

☐ Yes. Total claim (secured and unsecured)      $ _____

       Value of security:      - $ _____

       Unsecured claim      $ _____

Contact

Contact phone

---

**8**

**Discount Plumbing & Electrical**
**101 Century Court**
**Franklin, TN 37064**

**What is the nature of the claim?** _____      $ **$61,931.29**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

**Does the creditor have a lien on your property?**

■ No

☐ Yes. Total claim (secured and unsecured)      $ _____

       Value of security:      - $ _____

       Unsecured claim      $ _____

Contact

Contact phone

---

**9**

**Erie Insurance**
**100 Erie Insurance Place**
**Erie, PA 16530**

**What is the nature of the claim?** _____      $ **$10,507.11**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

**Does the creditor have a lien on your property?**

■ No

☐ Yes. Total claim (secured and unsecured)      $ _____

       Value of security:      - $ _____

       Unsecured claim      $ _____

Contact

Contact phone

---

**10**

**Graham's Lighting, Inc.**
**244 Cool Springs Blvd.**
**Franklin, TN 37067**

**What is the nature of the claim?** _____      $ **$19,448.62**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated

---

B 104 (Official Form 104)      For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims      Page 3

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

Case 3:19-bk-04811   Doc 1   Filed 07/29/19   Entered 07/29/19 16:16:35   Desc Main
Document   Page 10 of 21

Debtor 1    **JOSEPH LOUIS MELZ**                                    Case number *(if known)* _____

☐  Disputed
■  None of the above apply

**Does the creditor have a lien on your property?**

_____
                                        ■  No
_____
Contact                                 ☐  Yes. Total claim (secured and unsecured)    $ _____
_____                         Value of security:                  - $ _____
Contact phone                                    Unsecured claim                      $ _____

---

**11**  Gullett, Sanford, robinson &          **What is the nature of the claim?**    _____    $ **17,592.74**
        Martin PLLC
        150 3rd Ave. South                    **As of the date you file, the claim is:** Check all that apply
        Suite 1700                            ☐  Contingent
        Nashville, TN 37201                   ☐  Unliquidated
                                              ☐  Disputed
                                              ■  None of the above apply

                                              **Does the creditor have a lien on your property?**

_____
                                        ■  No
_____
Contact                                 ☐  Yes. Total claim (secured and unsecured)    $ _____
_____                         Value of security:                  - $ _____
Contact phone                                    Unsecured claim                      $ _____

---

**12**  Henley Supply Millwork              **What is the nature of the claim?**    _____    $ **57,939.90**
        PO BOX 306
        Decherd, TN 37324                   **As of the date you file, the claim is:** Check all that apply
                                            ☐  Contingent
                                            ☐  Unliquidated
                                            ☐  Disputed
                                            ■  None of the above apply

                                            **Does the creditor have a lien on your property?**

_____
                                        ■  No
_____
Contact                                 ☐  Yes. Total claim (secured and unsecured)    $ _____
_____                         Value of security:                  - $ _____
Contact phone                                    Unsecured claim                      $ _____

---

**13**  Henry Drilling & Pump Co.          **What is the nature of the claim?**    _____    $ **10,330.00**
        1401 Adams St.
        Franklin, TN 37064                 **As of the date you file, the claim is:** Check all that apply
                                           ☐  Contingent
                                           ☐  Unliquidated
                                           ☐  Disputed
                                           ■  None of the above apply

                                           **Does the creditor have a lien on your property?**

_____
                                        ■  No
_____
Contact                                 ☐  Yes. Total claim (secured and unsecured)    $ _____
_____                         Value of security:                  - $ _____
Contact phone                                    Unsecured claim                      $ _____

---

B 104 (Official Form 104)    For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims    Page 4

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

Debtor 1    **JOSEPH LOUIS MELZ**                    Case number *(if known)* _____

| | | |
|---|---|---|
| **14** | | |

**J & J Electrical, Inc.**
PO BOX 531
Kingston Springs, TN 37082

**What is the nature of the claim?** _____    $ **$22,724.95**

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

**Does the creditor have a lien on your property?**
■ No
☐ Yes. Total claim (secured and unsecured)    $ _____
    Value of security:    - $ _____
    Unsecured claim    $ _____

Contact _____

Contact phone _____

---

| | | |
|---|---|---|
| **15** | | |

**Kenco Construction Co. LLC**
8742 Triple Oaks Drive
Lyles, TN 37098

**What is the nature of the claim?** _____    $ **$147,765.09**

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

**Does the creditor have a lien on your property?**
■ No
☐ Yes. Total claim (secured and unsecured)    $ _____
    Value of security:    - $ _____
    Unsecured claim    $ _____

Contact _____

Contact phone _____

---

| | | |
|---|---|---|
| **16** | | |

**KMS Investments, Inc. dba
Floorz**
1731 Mallory Lane
Suite 103
Brentwood, TN 37027

**What is the nature of the claim?** _____    $ **$10,540.01**

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

**Does the creditor have a lien on your property?**
■ No
☐ Yes. Total claim (secured and unsecured)    $ _____
    Value of security:    - $ _____
    Unsecured claim    $ _____

Contact _____

Contact phone _____

---

| | | |
|---|---|---|
| **17** | | |

**Pool Equipment & Supply, Inc.**
500 Production Ave.
Suite 800
Madison, AL 35758

**What is the nature of the claim?** _____    $ **$30,070.82**

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

**Does the creditor have a lien on your property?**
■ No

---

B 104 (Official Form 104)    For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims    Page 5

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Case 3:19-bk-04811    Doc 1    Filed 07/29/19    Entered 07/29/19 16:16:35    Desc Main
Document    Page 12 of 21

Debtor 1     **JOSEPH LOUIS MELZ**                          Case number *(if known)* _____

| | | |
|---|---|---|
| Contact | ☐ Yes. Total claim (secured and unsecured) | $ _____ |
| | Value of security: | - $ _____ |
| Contact phone | Unsecured claim | $ _____ |

---

**18**

Robert F. Henry TIle Co., Inc.
PO BOX 1625
Montgomery, AL 36121-1209

**What is the nature of the claim?**  _____     $ **$10,657.00**

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

**Does the creditor have a lien on your property?**
■ No
☐ Yes. Total claim (secured and unsecured)     $ _____

Contact                              Value of security:     - $ _____

Contact phone                        Unsecured claim      $ _____

---

**19**

Scott Wilson Architect, LLC
317 Main Street
Suite 202
Franklin, TN 37064

**What is the nature of the claim?**  _____     $ **$16,876.41**

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

**Does the creditor have a lien on your property?**
■ No
☐ Yes. Total claim (secured and unsecured)     $ _____

Contact                              Value of security:     - $ _____

Contact phone                        Unsecured claim      $ _____

---

**20**

Waste Solutions of TN, LLC
1168 Industrial Park Drive
Columbia, TN 38401

**What is the nature of the claim?**  _____     $ **$21,809.26**

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

**Does the creditor have a lien on your property?**
■ No
☐ Yes. Total claim (secured and unsecured)     $ _____

Contact                              Value of security:     - $ _____

Contact phone                        Unsecured claim      $ _____

---

**Part 2:     Sign Below**

Under penalty of perjury, I declare that the information provided in this form is true and correct.

X   **/s/ JOSEPH LOUIS MELZ**                              X _____
     **JOSEPH LOUIS MELZ**                                        Signature of Debtor 2

B 104 (Official Form 104)          For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims          Page 6

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                          Best Case Bankruptcy

Case 3:19-bk-04811   Doc 1   Filed 07/29/19   Entered 07/29/19 16:16:35   Desc Main
Document   Page 13 of 21

Debtor 1    **JOSEPH LOUIS MELZ**                         Case number *(if known)*  _____

Signature of Debtor 1

Date    **July 29, 2019**                         Date    _____

B 104 (Official Form 104)         **For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims**         **Page 7**

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                              Best Case Bankruptcy

Case 3:19-bk-04811    Doc 1    Filed 07/29/19    Entered 07/29/19 16:16:35    Desc Main
Document        Page 14 of 21

JOSEPH LOUIS MELZ
PO BOX 681148
FRANKLIN, TN 37068-1148

LARRY EDMONDSON
T. LARRY EDMONDSON - ATTORNEY AT LAW
800 BROADWAY
3RD FLOOR
NASHVILLE, TN 37203

1-JP CONTRACTING, INC.
816 E. MEADE AVENUE
MADISON, TN 37115

31-W INSULATION CO., INC.
PO BOX 306010
NASHVILLE, TN 37230-6010

A PLUS GUTTERS
PO BOX 587
COLUMBIA, TN 38402

ADENUS TECHNOLOGIES
849 AVIATION PARKWAY
SMYRNA, TN 37167

ALLEY-CASSETTY
PO BOX 23305
NASHVILLE, TN 37202

AMERICAN EXPRESS
PO BOX 650448
DALLAS, TX 75265-0448

AMERICAN EXPRESS - LOWES
PO BOX 650448
DALLAS, TX 75265-0448

AQUA BARRIERS
PO BOX 140703
NASHVILLE, TN 37213

ARMCO HVAC AND ELECTRICAL
2431 OLD COLUMBIA ROAD
LEWISBURG, TN 37091-6845

AT&T
PO BOX 105262
ATLANTA, GA 30348

ATLAS BRICK
1138 NORTH GERMANTOWN PKWY
#101-223
CORDOVA, TN 38016

ATMOS ENERGY
PO BOX 790311
SAINT LOUIS, MO 63179-0311

BUILDERS' INSULATION
PO BOX 7788
MADISON, WI 53707

CAPITOL WHOLESALE FENCE CO., INC.
1200 LEBANON PIKE
NASHVILLE, TN 37210-3004

CARTER LUMBER
PO BOX 5085
EVANSVILLE, IN 47716

CCAD REPROGRAPHICS, LLC
2002 COBB DRIVE
COLUMBIA, TN 38401

CD CONSTRUCTION LLC
1515 HIGHWAY 49 EAST
ASHLAND CITY, TN 37015

CENWOOD APPLIANCE DISTRIBUTORS
PO BOX 1819
MEMPHIS, TN 38101

CHRIS JACKSON

CINCINNATI INSURANCE CO.
PO BOX 145620
CINCINNATI, OH 45250-5620

COMFORT SUPPLY, INC.
305 ARLINGTON AVE.
FRANKLIN, TN 37064

DEER CREEK HOMES, INC.
PO BOX 681148
FRANKLIN, TN 37068-1148

DISCOUNT PLUMBING & ELECTRICAL
101 CENTURY COURT
FRANKLIN, TN 37064

DODD'S LAWN CARE
406 EDDY LANE
FRANKLIN, TN 37064

ED'S SUPPLY COMPANY, INC.
711 6TH AVE. SOUTH
NASHVILLE, TN 37203

ERIE INSURANCE
100 ERIE INSURANCE PLACE
ERIE, PA 16530

FIRST CITIZENS NATIONAL BANK
ONE FIRST CITIZENS PLACE
PO BOX 370
DYERSBURG, TN 38025-0370

FRANKLIN STONE CO.
PO BOX 1606
FRANKLIN, TN 37064

GOTTA GO PORTABLE SERVICE, LLC
PO BOX 2814
HENDERSONVILLE, TN 37077-2814

GRAHAM'S LIGHTING, INC.
244 COOL SPRINGS BLVD.
FRANKLIN, TN 37067

GRANITE PLACE
1124-A HARPETH INDUSTRIAL COURT
FRANKLIN, TN 37064

GULLETT, SANFORD, ROBINSON & MARTIN PLLC
150 3RD AVE. SOUTH
SUITE 1700
NASHVILLE, TN 37201

HALE & HALE, PLC
231 PUBLIC SQUARE
FRANKLIN, TN 37064

HENLEY SUPPLY MILLWORK
PO BOX 306
DECHERD, TN 37324

HENRY DRILLING & PUMP CO.
1401 ADAMS ST.
FRANKLIN, TN 37064

HORTON HARDWOOD FLOORS
MARK HORTON
9007 LOMOND DRIVE
SMYRNA, TN 37167

HUSKEY BUILDING SUPPLY
PO BOX 682023
FRANKLIN, TN 37068-2023

J & J ELECTRICAL, INC.
PO BOX 531
KINGSTON SPRINGS, TN 37082

JAMES TERRY & ASSOCIATES
PO BOX 140353
NASHVILLE, TN 37214

JARRETT CONCRETE PRODUCTS & SUPPLY, INC.
2012 HWY 12 SOUTH
ASHLAND CITY, TN 37015

JEFFCO
831 FESSLERS PARKWAY
NASHVILLE, TN 37210

KEITH BRALY
5556 GREENVIEW CT
NORTH RICHLAND, TX 76148

KENCO CONSTRUCTION CO. LLC
8742 TRIPLE OAKS DRIVE
LYLES, TN 37098

KILLEBREW BRICK
1325 ST. GEORGE ROAD
EVANSVILLE, IN 47711

KMS INVESTMENTS, INC. DBA FLOORZ
1731 MALLORY LANE
SUITE 103
BRENTWOOD, TN 37027

KUBOTA CREDIT CORPORATION USA
PO BOX 0559
CAROL STREAM, IL 60132-0559

LAMPLEY CONCRETE, INC.
304 CENTURY COURT
FRANKLIN, TN 37064

LEGENDS RIDGE HOA
C/O GHERTNER & COMPANY
PO BOX 105007
ATLANTA, GA 30348-5007

LEGENDS RIDGE SWIM CLUB
C/O GHERTNER & COMPANY
PO BOX 105007
ATLANTA, GA 30348-5007

LEOPOLDO IBARRA
3001 ROYAL OAKS BLVD
APARTMENT 3205
FRANKLIN, TN 37065

MARCELINO CARREON
138 CHARLIE SHAW RD.
LEWISBURG, TN 37091

MCH ENGINEERING
102 HARTMAN DRIVE
LEBANON, TN 37087

MID-TN EROSION & SEDIMENT CONTROL, INC.
658 MURFREESBORO PIKE
NASHVILLE, TN 37210

MIDDLE TENNESSEE GRANITE, INC.
32 CLEVELAND AVE.
NASHVILLE, TN 37210

MIDDLE TENNESSEE LUMBER CO., INC.
PO BOX 427
BURNS, TN 37029

MOBILE MINI, INC.
PO BOX 740773
CINCINNATI, OH 45274-0773

PAUL BRAKE DBA PLUMBING N MORE
1501 WEST GRAB CREEK ROAD
DICKSON, TN 37055

PEPPERS CONCRETE PUMPING
PO BOX 140703
NASHVILLE, TN 37214

POLAND & ASSOCIATES / CRISLER CPA
5250 VIRGINIA WAY
SUITE 220
BRENTWOOD, TN 37027

POOL BUILDERS SUPPLY
1280 MURFREESBORO PIKE
NASHVILLE, TN 37217

POOL EQUIPMENT & SUPPLY, INC.
500 PRODUCTION AVE.
SUITE 800
MADISON, AL 35758

PRECISION GATE SERVICES
PO BOX 226
UNIONVILLE, TN 37180

PRIORITY PEST PROTECTION
10572 LEBANON ROAD
MOUNT JULIET, TN 37122

RAFAEL CABALLERO
720 COUNTY ROAD
#606
ROGERSVILLE, AL 35652

RJV EQUIPMENT
140 CHARTER PLACE
LA VERGNE, TN 37086

ROBERT BRIDGES
8811 RAGSDALE DRIVE
LYLES, TN 37098

ROBERT F. HENRY TILE CO., INC.
PO BOX 1625
MONTGOMERY, AL 36121-1209

ROBERT W. GIST
6210-D CHARLOTTE PIKE
NASHVILLE, TN 37209

ROGERS GROUP, INC.
PO BOX 102798
ATLANTA, GA 30368-2798

SCOTT WILSON ARCHITECT, LLC
317 MAIN STREET
SUITE 202
FRANKLIN, TN 37064

SOUTHERN SURVEYING, INC.
109 HOLIDAY COURT
SUITE C-7
FRANKLIN, TN 37067

SRM CONCRETE
1136 2ND AVENUE NORTH
NASHVILLE, TN 37208

TENNESSEE DEPARTMENT OF REVENUE
ANDREW JACKSON BUILDING, 8TH FLOOR
500 DEADERICK ST
NASHVILLE, TN 37242

THORPE DESIGN, LLC
475 METROPLEX DRIVE
SUITE 508
NASHVILLE, TN 37211

TRUE-LINE CORING & CUTTING NASHVILLE LLC
PO BOX 878029
KANSAS CITY, MO 64187-8029

VERY SOUND ADVICE
629 ZELLWOOD DRIVE
LA VERGNE, TN 37086

WARREN BORTHERS SASH & DOOR LLC
PO BOX 3057
KANSAS CITY, KS 66103-3057

WASTE SOLUTIONS OF TN, LLC
1168 INDUSTRIAL PARK DRIVE
COLUMBIA, TN 38401

WILLIAMSON COUNTY INSULATION, INC.
PO BOX 453
FRANKLIN, TN 37065

WILLIAMSON COUNTY TRUSTEE
PO BOX 1365
FRANKLIN, TN 37065-1365

WILLIAMSON PIPE SUPPLY COMPANY, LLC
121 CONFEDERATE DRIVE
FRANKLIN, TN 37064