# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF TENNESSEE
# AT NASHVILLE

| | |
|---|---|
| In Re: ) | |
| ) | |
| JOSEPH LOUIS MELZ, ) | Case No. 3:19-bk-04811 |
| ) | Chapter 11 |
| Debtor. ) | Judge Marian F. Harrison |
| ) | |

## NOTICE OF APPEARANCE
## AND REQUEST FOR ELECTRONIC SERVICE OF PAPERS

Pursuant to Bankruptcy Rule 2002, Smyrna Ready Mix Concrete, LLC, a creditor, hereby gives notice to this Court of the appearance of its counsel in this matter. In addition to the notices and orders to which undersigned is a party, please provide copies of all electronic notices sent in this case to undersigned at the following address:

David O. Huff, Esq.
**Smythe, Huff & Hayden, PC**
1222 16th Avenue, South, Suite 301
Nashville, TN 37212
dhuff@smythehuff.com


this 7th day of August, 2019.

                                              Respectfully submitted,

                                              */s/ David O. Huff*
                                              David O. Huff (Tenn. Reg. No. 10996)
                                              **Smythe, Huff & Hayden, PC**
                                              1222 16th Avenue, South, Suite 301
                                              Nashville, TN 37212
                                              615/255-4849 – Telephone
                                              615/255-4855 – Facsimile
                                              dhuff@smythehuff.com

                                              Attorneys for Smyrna Ready Mix Concrete, LLC